United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA BROOKE,

        Plaintiff.

    v.

DIVA HOSPITALITY LLC,

        Defendant.

Case No.  20-cv-02739-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on September 25, 2020, before this Court in the above-entitled case.  Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **October 9, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on September 25, 2020, for failure to prosecute, and for failure to comply with the Court's Order of July 27, 2020. Unless this case is dismissed before October 9, 2020, Mr. Strojnik must appear by Zoom.

IT IS SO ORDERED.

Dated:  September 28, 2020

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge